UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - CIVIL GENERAL**

CASE NO. 8:26-cv-1814-MSS-AAS                  DATE: July 28, 2026

TITLE: Lane v. Taylor Morrison Services, Inc. et al

TIME: 11:06 AM – 11:12 AM             TOTAL: 6 Minutes

Honorable    AMANDA ARNOLD SANSONE        Deputy Clerk: Jeremiah Smith

Court Reporter/Tape    Digital             Courtroom    ZOOM

Attorney for Plaintiffs:
Peter Hoogerwoerd

Attorney for Defendants:
Lara Peppard

**PROCEEDINGS:**
<u>**CASE MANAGEMENT CONFERENCE**</u>

The Court calls the case, and counsel state their appearances for the record.

The Court discusses the IDEAL pilot program with counsel.

The Court is to enter an order detailing the deadlines for the IDEAL program.

Court adjourned.